# EXHIBIT 4

## Douglas Kress

| | |
|---|---|
| **From:** | Douglas Kress |
| **Sent:** | Friday, January 24, 2014 4:46 PM |
| **To:** | 'Naveed Mahboobian' |
| **Cc:** | Larry Klayman |
| **Subject:** | RE: Klayman v. Judicial Watch |

I have a problem with the Taitz notice. I was told that the deposition would be on the 31st. The notice says the 30th. I bought a plane ticket to fly Thursday morning. I thought Thursday was meant to a travel day. Please let me know. I could possibly do Taitz's deposition later in the day on Thursday.

Douglas J. Kress, Esq.
Schwed Kahle & Kress, P.A.
11410 North Jog Road – Ste. 100
Palm Beach Gardens, Florida 33418

dkress@schwedpa.com
Direct Dial (561)273-4758
Main Line (561)694-0070
Facsimile (561) 694-0057

This e-mail contains legally privileged and confidential information intended only for the individual or entity named within the message. Should the intended recipient forward this message to another person or party, that action could constitute a waiver of the attorney/client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communications was received in error, please notify us by reply e-mail and delete the original message.

**From:** Naveed Mahboobian [mailto:nmahboobian@gmail.com]
**Sent:** Friday, January 24, 2014 4:05 PM
**To:** Douglas Kress
**Cc:** Larry Klayman
**Subject:** Klayman v. Judicial Watch

Mr. Kress:

Please find the attached Notice of Deposition for both Dr. Taitz and Ms. Ruffley. In addition, please also find Plaintiff's responses to Defendant's Request for Admissions.

Thank you,

Naveed

on behalf of Larry Klayman

1